IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIE OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | |
| CITY OF ATLANTA, et al., ) | 1:11-CV-1864-HTW |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF COURT

The above styled matter is currently pending before this court on the defendants City of Atlanta, City of Atlanta Police Department and Derick Clao's ("defendants") [2] motion to dismiss plaintiff Willie Oliver's ("plaintiff") complaint pursuant to Fed.R.Civ.P. 12(b)(6) and (c) on the grounds that the plaintiff has failed to state a claim upon which relief can be granted and defendants are entitled to judgment on the pleadings as a matter of law.

In reviewing the motion, certificate of service and the docket, the court has determined that the plaintiff was not served by email notification as defendants' certificate of service states because plaintiff's counsel, Larry William Russell had not registered in the CM/ECF system. To date, the plaintiff's counsel is still not registered in the CM/ECF system.

The court hereby directs the plaintiff's counsel Larry William Russell to register with the court pursuant to the Standing Order 04-01 dated June 1, 2004, Electronic Case Filing and Administrative Procedures, Paragraph 2 of that order which states:

> 2. Effective July 15, 2005, absent good cause shown and the permission of the Court, attorneys in good standing admitted to practice before the Bar of this Court, to include attorneys admitted *pro hac vice*, will file, sign, and verify documents only by electronic means to the extent and in the manner authorized by this Standing Order, Local Rule 5.1 A. NDGa., and the administrative procedures attached hereto as Exhibit A., Administrative procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil and Criminal Cases in the United States District Court for the Northern District of Georgia (Administrative Procedures).

Mr. Russell, please register with the clerk's office to receive the login and password required for electronic filing. The clerk's office staff can assist you in filing electronically if necessary. A registration form can be found and completed on the court's website at [www.gand.uscourts.gov.](www.gand.uscourts.gov.) Please call 404-215-1655 should you have questions regarding registration.

The clerk is hereby directed to serve the defendants' [2] motion to dismiss and attachments on plaintiff's counsel, Larry William Russell by U. S. Mail at the law firm of the Office of Larry William Russell, 6425 Pleasantdale Road, Doraville, GA 30340.

Upon the receipt of the motion and attachments, the court directs plaintiff's counsel within fourteen (14) days to respond to the motion and defendants' may file a reply brief within fourteen (14) days thereafter.

The clerk is directed to resubmit this [2] motion to dismiss to the court when ripe.

SO ORDERED, this 21st day of July, 2011.

                                       s/*HORACE T. WARD*
                                     HORACE T. WARD, SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT